E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5557
    Facsimile: (213) 894-7819
    E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Defendant
United States Small Business Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | No. CV 24-9553<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 1442(a)] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE *PRO SE* PLAINTIFF:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1442(a)(1), Defendant United States Small Business Administration ("Defendant" or "SBA") hereby removes to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On September 20, 2024, Brandon Joe Williams, appearing in *pro se*, ("Plaintiff") filed a civil action against the Defendant in the Superior Court of the State of California for the County of Los Angeles ("State Court"), entitled as *Brandon Joe Williams v. United States Small Business Administration*, case number 24NNCV04461. A copy of the Complaint is attached as Exhibit 1. A copy of the proof of service is attached as Exhibit 2.[1] A copy of all other pleadings received to date are attached as Exhibit 3. A copy of the State Court docket is attached as Exhibit 4.

2. The Complaint alleges that in May of 2020, Plaintiff was approved for an Economic Injury Disaster Loan (the "Loan") through the SBA, in an original amount of $59,000. Exh. 1 ¶ 6 ("Compl."). For the Loan in the original amount, he signed a promissory note. *Id*. ¶¶ 8-9. On December 14, 2021, Plaintiff applied and modified the Loan to increase the total amount to $198,700. Compl. ¶ 7. For this increased Loan, Plaintiff signed a second promissory note. *Id*. ¶ 9. Plaintiff alleges that when he signed the first and second promissory notes for these loans, he was unaware of their terms and conditions. *Id*. ¶¶ 8-9 Prior to filing suit, Plaintiff sent a series of notices and a document he titled an "Affidavit Novation" whereby he sought to unilaterally rescind the promissory notes that secured the Loan. *Id*. ¶¶ 12-17, 19.

---

[1] Plaintiff's proof of service names a "law firm" in the caption. Plaintiff Brandon Joe Williams is not represented by "Williams and Williams Law Group." This "entity" is appears to be associated with Plaintiff's personal website. *See* website of "Williams and Williams Law Group," https://www.williamsandwilliamslawfirm.com/about (last visited Nov. 5, 2024). The State Court's docket also lists Plaintiff without an attorney of record. *See* Exh. 4.

1

3. In the Complaint, Plaintiff purports to assert claims against the SBA for breach of contract, breach of fiduciary duty, "currency" cause of action, contract fraud, conversion, unjust enrichment, violation of California Business and Professions Code § 17200, *et seq.*, violation of California Penal Code §§ 496, 236.1, 487, and a criminal violation of California Corporations Code § 25541. *Id.* ¶¶ 20-64.

4. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of civil actions against "[t]he United States or any agency thereof …" to the district court embracing the place where the action is pending. Defendant is a federal agency and is entitled to, among other things, the federal defense of sovereign immunity, the derivative jurisdiction doctrine, federal defenses relating to the exhaustion of administrative claim requirements, and federal defenses towards jurisdictional limitations of certain types of tort liability and damages claims. *See* 28 U.S.C. § 2671, *et seq.*

5. Plaintiff has not served the SBA as required by Rule 4(i). *See* Fed. R. Civ. P. (4(i)(2). In *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1999), the Supreme Court held that service must be complete before the 28 U.S.C. § 1446(b)-time limits for removal begin to run. Plaintiff's alleged proof of service for the SBA filed in the State Court on October 1, 2024, is defective. *See* Exh. 2. There is no evidence filed in the State Court demonstrating Plaintiff served the United States and the SBA in compliance with the Federal Rules of Civil Procedure 4. *See* Fed. R. Civ. P. 4(i)(1) (requiring service of process on the Attorney General of the United States, in addition to the United States Attorney's Office); *see also* Fed. R. Civ. P. 4(i)(2) (requiring service of process on the United States and also requiring mailing of copies of the summons and of the complaint by registered or certified mail to a United States agency or corporation). Plaintiff only attempted personal service on the SBA at a location facially appearing to be the SBA's office located in Washington D.C. Exh. 2 at 1. The proof of service also does not list the individual who was authorized to receive service on behalf of the SBA. As such, Plaintiff has not demonstrated that service was proper in accordance with Rule

2

4. *See Brockmeyer v. May*, 383 F.3d 798, 801 (9th Cir. 2004) ("Once service is challenged, plaintiffs bear the burden of establishing that service was valid under Rule 4."). Accordingly, the time for this case to be removed pursuant to 28 U.S.C. § 1446(b) has not begun to run and, thus, removal is timely.

6. Promptly after filing this notice, the SBA shall give written notice of this removal to the adverse party and to the Clerk of the State Court. *See* 28 U.S.C. § 1446(d).

7. This Court is the proper district and division to hear this case because Plaintiff brought this action in the Superior Court of the State of California for the County of Los Angeles. *See* 28 U.S.C. § 1442(a).

8. Because this notice is filed on behalf of a federal agency, no bond is required under the terms of 28 U.S.C. § 2408.

WHEREFORE, Defendant removes this action now pending in the Superior Court of the State of California for the County of Los Angeles, Case No. 24NNCV04461, to the United States District Court for the Central District of California.

Dated: November 5, 2024         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　　　　　　　　　　　　　　　　　　 */s/ Alexander L. Farrell*
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Defendant United States Small Business Administration

3