# Exhibit 4

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 24NNCV04461

BRANDON JOE WILLIAMS VS UNITED STATES SMALL BUSINESS ADMINISTRATION

**Filing Courthouse:** Alhambra Courthouse

**Filing Date:** 09/20/2024
**Case Type:** Contractual Fraud (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**02/24/2025** at 09:00 AM in Department V at 150 West Commonwealth, Alhambra, CA 91801
Case Management Conference

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

UNITED STATES SMALL BUSINESS ADMINISTRATION - Defendant

WILLIAMS BRANDON JOE - Plaintiff

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**10/07/2024** Notice (of Service of Process)
Filed by Brandon Joe Williams (Plaintiff)

**10/01/2024** Proof of Personal Service
Filed by Brandon Joe Williams (Plaintiff)

**09/20/2024** Notice of Case Management Conference
Filed by Clerk

**09/20/2024** Order to Show Cause Failure to File Proof of Service
Filed by Clerk

**09/20/2024** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**09/20/2024** Alternate Dispute Resolution Packet
Filed by Clerk

Notice of Removal, Exhibit 4 Page 1 of 2

**09/20/2024** Summons (on Complaint)
Filed by Clerk

**09/20/2024** Civil Case Cover Sheet
Filed by Brandon Joe Williams (Plaintiff)

**09/20/2024** Complaint
Filed by Brandon Joe Williams (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Proceedings Held (Proceeding dates listed in descending order)**
None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**10/21/2024** Order to Show Cause Re: Failure to File Proof of Service scheduled for 01/21/2025 at 09:00 AM in Alhambra Courthouse at Department V Not Held - Vacated by Court on 10/21/2024

**10/07/2024** Notice of Service of Process; Filed by: Brandon Joe Williams (Plaintiff); As to: UNITED STATES SMALL BUSINESS ADMINISTRATION (Defendant)

**10/01/2024** Proof of Personal Service; Filed by: Brandon Joe Williams (Plaintiff); As to: UNITED STATES SMALL BUSINESS ADMINISTRATION (Defendant); Service Cost Waived: No; Service Cost: 75.00; Service Date: 09/26/2024

**09/20/2024** Complaint; Filed by: Brandon Joe Williams (Plaintiff); As to: UNITED STATES SMALL BUSINESS ADMINISTRATION (Defendant)

**09/20/2024** Case Management Conference scheduled for 02/24/2025 at 09:00 AM in Alhambra Courthouse at Department V

**09/20/2024** Civil Case Cover Sheet; Filed by: Brandon Joe Williams (Plaintiff)

**09/20/2024** Summons on Complaint; Issued and Filed by: Clerk

**09/20/2024** Alternate Dispute Resolution Packet; Filed by: Clerk

**09/20/2024** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**09/20/2024** Case assigned to Hon. Sarah J. Heidel in Department V Alhambra Courthouse

**09/20/2024** Order to Show Cause Failure to File Proof of Service; Filed by: Clerk

**09/20/2024** Order to Show Cause Re: Failure to File Proof of Service scheduled for 01/21/2025 at 09:00 AM in Alhambra Courthouse at Department V

**09/20/2024** Notice of Case Management Conference; Filed by: Clerk