1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
5  ALEXANDER L. FARRELL (Cal. Bar No. 335008)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-5557
8       Facsimile: (213) 894-7819
        E-mail: Alexander.Farrell@usdoj.gov
9
   Attorneys for Defendant
10 United States Small Business Administration

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14 BRANDON JOE WILLIAMS,              No. 2:24-cv-09553-RGK-SK

15          Plaintiff,               **PROOF OF SERVICE OF STANDING
                                     ORDER REGARDING NEWLY
16          v.                       ASSIGNED CASES [DKT.6]**

17 UNITED STATES SMALL                Honorable R. Gary Klausner
   BUSINESS ADMINISTRATION,           United States District Judge
18
            Defendant.
19

20

21

22      I, Carolina Usi, certify and declare as follows:

23      I am over the age of 18 years and not a party to this action.

   My business address is 300 North Los Angeles Street, Suite 7516 Los Angeles,

24 California 90012, which is in the city, county and states where the mailing described

25 below took place.

26      On November 6, 2024, I served CIVIL STANDING ORDER REGARDING

27 NEWLY ASSIGNED CASES [DKT#6] copy of which is attached to this Certificate, on

28

                                    1

persons or entity named below by enclosing a copy in a

sealed envelope with postage fully prepaid and addressed as shown below and placing

the envelope for collection and mailing with the United States Postal Service on the date

and at the place shown below following our ordinary office practices.

Date of mailing: November 6, 2024. Place of mailing: Los Angeles, California

Mailed to:

**Mr. Brandon Joe Williams**
**P.O. Box 1962**
**Glendale, CA 91209**
**Plaintiff**

I declare under penalty of perjury that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose

direction the service was made.

Executed on November 6, 2024, at Los Angeles, California.

CAROLINA C. USI

2