1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>　　　　Defendant. | No. 2:24-cv-09553-RGK-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED STATES SMALL BUSINESS ADMINISTRATION'S MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date:　December 23, 2024<br>Hearing Time:　9:00 a.m.<br>Ctrm:　　　　　850<br><br>Honorable R. Gary Klausner<br>United States District Judge |

On November 12, 2024, defendant United States Small Business Administration ("Defendant") filed a Motion to Dismiss the Complaint filed by plaintiff Brandon Joe Williams ("Plaintiff"). Defendant seeks dismissal of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that the United States and its federal agencies have not waived sovereign immunity to permit certain asserted claims. Defendant also moves to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Plaintiff fails to state any actionable claim upon which relief can be granted.

The Court, having considered the Motion, as well as the arguments of the parties and the papers submitted, and finding good cause, it is hereby ordered that:

The Defendant's Motion to Dismiss is GRANTED in its entirety. Granting leave to amend the Complaint is not appropriate as the deficiencies cannot be cured.

IT IS SO ORDERED.

Dated: _____                    _____
                                        Honorable R. Gary Klausner
                                        United States District Judge