# PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California, and am readily familiar with the practice of this office for collection and processing collection and mailing. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **November 12, 2024**, I served a copy of **UNITED STATES SMALL BUSINESS ADMINISTRATION'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT** on persons or entities named below by enclosing a copy in a sealed envelope with postage fully prepaid and addressed as shown below and placing the envelope for collection and mailing with the United States Postal Service on the date and at the place shown below following our ordinary office practices.

Date of mailing: **November 12, 2024**. Place of mailing: Los Angeles, California. Person(s) and/or Entity(s) To Whom Mailed:

**Mr. Brandon Joe Williams**
**P.O. Box 1962**
**Glendale, CA 91209**
**Plaintiff**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 12, 2024** at Los Angeles, California.

_/s/ Carolina C. Usi_
**CAROLINA USI**