## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Joe Williams <br><br> PLAINTIFF(S) <br> v. <br><br> United States Small Business Administration <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 2:24-cv-09553-RGK-SK <br><br> **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by   Plaintiff

Brandon Joe Williams   is hereby:

☑ **GRANTED**

    Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated:  November 20, 2024

*/s/ Gary Klausner*

United States District/Magistrate Judge

☐ **DENIED**

*Comments:*

Dated: _____

United States District/Magistrate Judge