BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
747-273-0799
Brandon Joe Williams, Attorney-in-fact
**Brandon@williamsandwilliamslawfirm.com**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT of CALIFORNIA
## WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO. **2:24-cv-09553-RGK-SK**

| | |
|---|---|
| BRANDON JOE WILLIAMS®, | **Honorable Judge R. Gary Klausner** |
| *Plaintiff*, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | |
| *Defendant*. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Having reviewed Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction, the accompanying Memorandum of Points and Authorities, and the arguments presented, the Court finds that it lacks subject matter jurisdiction over the claims asserted in this action. Plaintiff's claims are based entirely on California state law and do not present a federal question. Additionally, Defendant's potential federal defenses, including sovereign immunity, do not establish federal jurisdiction.

The Court concludes that this case does not meet the requirements for federal jurisdiction under 28 U.S.C. § 1331, nor does the involvement of the United States Small Business Administration confer federal question jurisdiction under 28 U.S.C. § 1442(a)(1). Therefore, remand is appropriate under 28 U.S.C. § 1447(c).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand is **GRANTED**. This case is remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

DATED: _____          BY:   _____
                                              Honorable R. Gary Klausner
                                              United States District Judge