# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | No. 2:24-cv-09553-RGK-SK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION [DKT. 12]**<br><br>Hearing Date:  December 23, 2024<br>Hearing Time:  9:00 a.m.<br>Ctrm:          850<br><br>Honorable R. Gary Klausner<br>United States District Judge |

The Court, having considered the Motion to Remand [Dkt. 12] this action to the Superior Court of the State of California for the County of Los Angeles (the "Remand Motion") filed by plaintiff Brandon Joe Williams ("Plaintiff"), as well as defendant United States Small Business Administration's ("SBA") Opposition, the arguments of the parties and the papers submitted, it is hereby ordered that:

Plaintiff's Remand Motion is **DENIED** on the grounds that the SBA's notice removal of this lawsuit from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California was proper under 28 U.S.C. § 1442(a)(1).

The Court finds that (1) the SBA is a federal agency within the meaning of the statute 28 U.S.C. § 1442; (2) that there is a causal nexus between the SBA's actions and the Plaintiff's claims; and (3) that the SBA can assert a "colorable federal defense." *See DeFiore v. SOC LLC*, 85 F.4th 546, 558 (9th Cir. 2023); *see also Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252-53 (9th Cir. 2006); *see also Boules v. United States*, 2:23-cv-08891-CBM-PVCx, 2024 WL 751003, *2 (C.D. Cal. Feb. 21, 2024) (denying plaintiff's motion to remand action removed under § 1442 because "the entities who sought removal are all federal agencies" and "the plain language of 28 U.S.C. § 1442(a)(1) allows federal agencies to remove any civil actions against or directed to them.").

**IT IS SO ORDERED**.

Dated: _____                    _____
                                              Honorable R. Gary Klausner
                                              United States District Court Judge

1