# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–09553–RGK–SK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __11/27/2024__

Document No.:  __12__

Title of Document:  __Notice of Motion and Motion to Remand__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7–1.1 no notice of interested parties.

Counsel must comply with Local Rule 7.1–1

Other:

**Note:** In response to this notice, the Court may: 1) **order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _December 3, 2024_     By:  _/s/ Jenny Lam  Jenny_Lam@cacd.uscourts.gov_
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**