# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:24−cv−09553−RGK−SK <br><br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/5/2024 and 11/27/2024 | [1] and [12] | Complaint and Motion to Remand |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

   Plaintiff and defendant are ordered to file a requisite Certification of Interested Parties on or before December 13, 2024.

DATED: December 4, 2024          /s/ *R. Gary Klausner*
                                 United States District Judge