BRANDON JOE WILLIAMS®
P.O. Box 1962
Glendale, California 91209
747-273-0799
Brandon Joe Williams, Attorney-in-fact
Brandon@williamsandwilliamslawfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT of CALIFORNIA
## WESTERN DIVISION (LOS ANGELES)

CIVIL ACTION NO. **2:24-cv-09553-RGK-SK**

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br><br>*Defendant*. | **Honorable Judge R. Gary Klausner**<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND THE COURT'S ORDER [DKT. 15]**<br><br><br>**Date: December 23, 2024**<br><br>**Time: 9:00 a.m.**<br><br>**Courtroom: 850** |

## Certificate of Interested Parties

The undersigned, counsel of record for BRANDON JOE WILLIAMS® , certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Defendant the UNITED STATES SMALL BUSINESS ADMINISTRATION, a United States Citizen under 42 USC 9102(18)(B).

2. Plaintiff BRANDON JOE WILLIAMS®, a United States Citizen under 42 USC 9102(18)(A) – (not to be confused with Brandon Joe Williams, a "man" of the "Union" and attorney-in-fact for BRANDON JOE WILLIAMS®)

Dated: December 6th, 2024    Attorney-in-fact of Record for:

BRANDON JOE WILLIAMS®

BY: /s/ *Brandon Joe Williams*
Brandon Joe Williams, agent, PRO SE
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799