Brandon Joe Williams
747-273-0799
brandon@williamsandwilliamslawfirm.com
PO Box 1962
Glendale, CA 91209
Attorney-in-fact for Plaintiff
BRANDON JOE WILLIAMS®

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS®,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | No. 2:24-cv-09553-RGK-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO MOTION TO DISMISS 11/8/24 (DCKT #8) AND TO VACATE VOID ORDER FROM 12/30/24 (DCKT #23)**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

      Having reviewed Plaintiff's Motion for Leave to File ea Response in Opposition to Motion to Dismiss 11/8/24 (DCKT #8) and to Vacate Void Order from 12/30/24 (DCKT #23), the accompanying affidavit, and the arguments presented, the Court finds that it erred in the previous order and hereby permits leave to respond in opposition to the defendant's motion to dismiss. It is acknowledged that any response from the defendant to the affidavit presented must be in affidavit form.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand is **GRANTED**. The Order to Dismiss this Case from 12/30/24 (DCKT #23) has been void and vacated and the response in opposition (with attached affidavit) to the Motion to Dismiss 11/8/24 (DCKT #8) has been processed and is now ready for the defense to address.

**IT IS SO ORDERED.**

DATED: _____       BY: _____
                                                                            Honorable R. Gary Klausner
                                                                            United States District Judge