# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–09553–RGK–SK<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 1/6/2025 | / | 25 | / | MOTION to respond in opposition and void order filed |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Motion lacks meet and confer certification required by Local Rule 7–3. Motion lacks word count certification as required by Local Rule 11–6.2. Plaintiff shall submit a corrected document within 5 days from the date of this order.

Dated: January 10, 2025          By: /s/ *R. Gary Klausner*
                                              U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)