E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5557
    Facsimile: (213) 894-7819
    E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Defendant
United States Small Business Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>    Defendant. | No. 2:24-cv-09553-RGK-SK<br><br>**UNITED STATES SMALL BUSINESS ADMINISTRATION'S RESPONSE TO PLAINTIFF'S "OBJECTIONS TO COURT ORDER" [DKT. 24]**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S "OBJECTIONS"

Defendant the United States Small Business Administration ("SBA") responds as follows to the pleading filed by plaintiff Brandon Joe Williams [Dkt. 24] on January 6, 2025. Plaintiff's pleading is titled as "OBJECTIONS REGARDING ORDER FROM 12/30/24 (DOCKET #23)." *See* Dkt. 24 ("Plaintiff's Objections"); *see also* Dkt. 24-1 ("Affidavit" in support). This pleading includes arguments in support of the Plaintiff's Motion for Reconsideration [Dkt. 27], but the pleading itself does not request a response from the SBA.

Courts have construed an "objection" to an order filed by *pro se* plaintiffs as a motion for reconsideration. *See e.g., Borsotti v. Nationstar Mortg., LLC*, 2018 WL 6252457, at *1 (C.D. Cal. Mar. 1, 2018) (construing a *pro se* plaintiff's objection the district judge's order as a motion for reconsideration); *see also Robinson v. Gen. Manager of Calpia*, 2021 WL 4923309, at *1 (C.D. Cal. Oct. 21, 2021) (same); *see also Kraft v. Tulare Cnty.*, 2023 WL 5417496, at *1 (E.D. Cal. Aug. 22, 2023) ("Plaintiff filed a document titled 'Plaintiff's Objections' under Rule 46, which the Court construes as a renewed motion for reconsideration."); *Meeks v. Nunez*, 2017 WL 262058, at *1 (S.D. Cal. Jan. 19, 2017), *dismissed*, 2017 WL 3445131 (9th Cir. Mar. 3, 2017) (same).

To the extent the Court considers the Plaintiff's Objections as a motion for reconsideration, the Plaintiff's Objections is duplicative of his Motion for Reconsideration, filed on January 10, 2025.[1] Dkt. 27. The SBA opposes the Plaintiff's Objections and incorporations its arguments in the SBA's Opposition Brief to Plaintiff's Motion for Reconsideration.

---

[1] To the extent that Plaintiff brings his Objections as a non-human entity, as "BRANDON JOE WILLIAMS ®" – a "public corporation" [Dkt. 24 ¶ 1], the Court should deny the motion because a non-human entity cannot appear *pro se* in this Court and must be represented by a member of this Court's bar. *See* CD. Cal. L.R. 83-2.1.1.1; 83-2.2; 83-2.2.2.

| | |
|---|---|
| Dated: January 17, 2025 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section |
| | _/s/ Alexander L. Farrell_<br>ALEXANDER L. FARRELL<br>Assistant United States Attorney |
| | Attorneys for Defendant United States Small Business Administration |

### Local Rule 11-6.2 Certificate of Compliance

The undersigned counsel of record certifies that this Response statement contains 319 words and is 1 page which complies with the word limit set by L.R. 11-6.1 and the page limit set by the Court's Standing Order [Dkt. 6].

Dated: January 17, 2025                    _/s/ Alexander L. Farrell_
                                           ALEXANDER L. FARRELL
                                           Assistant United States Attorney