1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION,<br><br>Defendant. | No. 2:24-cv-09553-RGK-SK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S "MOTION FOR RECONSIDERATION" [DKT. 27] AND "OBJECTIONS" PLEADING [DKT. 24]**<br><br>Hearing Date:  February 10, 2025<br>Hearing Time:  9:00 a.m.<br>Ctrm:           850<br><br>Honorable R. Gary Klausner<br>United States District Judge |

The Court, having considered the motion titled as "NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO MOTION TO DISMISS 11/8/24 (DCKT #8) AND TO VACATE VOID ORDER FROM 12/30/24 (DCKT #23)" [Dkt. 27] ("Motion for Reconsideration") filed by plaintiff Brandon Joe Williams ("Plaintiff"), as well as defendant the United States Small Business Administration's ("SBA") Opposition, the SBA's Response to the Plaintiff's Objections [Dkt. 24], the arguments of the parties and the papers submitted, it is hereby ordered that:

Plaintiff's Motion for Reconsideration is **DENIED** on the grounds that Plaintiff has not demonstrated that (a) a material difference in fact or law from that presented to the Court that, in the exercise of reasonable diligence, could not have been known to the party moving for reconsideration at the time the Order was entered; (b) the emergence of new material facts or a change of law occurring after the Order was entered; or (c) a manifest showing of a failure to consider material facts presented to the Court before the Order was entered. C.D. Cal. L.R. 7-18. Plaintiff failed to carry his burden that reconsideration of the Court's Order [Dkt. 23] is proper. *See 389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).

The pleading titled as "OBJECTIONS REGARDING ORDER FROM 12/30/24 (DOCKET #23)" [Dkt. 24] also filed by Plaintiff, is deemed a motion for reconsideration, is a duplicative filing, and is **DENIED** for the same reasons as the Motion for Reconsideration. *See Borsotti v. Nationstar Mortg., LLC*, 2018 WL 6252457, at *1 (C.D. Cal. Mar. 1, 2018).

**IT IS SO ORDERED**.

Dated: _____            _____

                                            Honorable R. Gary Klausner
                                            United States District Court Judge