Brandon Joe Williams
747-273-0799
brandon@williamsandwilliamslawfirm.com
PO Box 1962
Glendale, CA 91209
Attorney-in-fact for Plaintiff
BRANDON JOE WILLIAMS®

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON JOE WILLIAMS®, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, <br><br> Defendant. | No. 2:24-cv-09553-RGK-SK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOIDING THE ORIGINAL REMOVAL FROM STATE OF CALIFORNIA COURT AS WELL AS THE JUDGEMENT FROM 12/30/24 [DCKT #1 AND #23]** <br><br> Honorable R. Gary Klausner <br> United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

      Having reviewed Plaintiff's Motion to void the original removal from State of California court, the Court finds that it erred in allowing this most Honorable court to accept removal under incorrect grounds. State of California is not under the exclusive jurisdiction of the national government and cannot be exercised in the District of Columbia under 4 USC 72.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to void the original removal from State of California is **GRANTED**. This case is to be immediately remanded back to State of California for foreign adjudication under foreign jurisdiction.

**IT IS SO ORDERED.**

DATED: _____          BY: _____
                                                                 Honorable R. Gary Klausner
                                                                 United States District Judge