Brandon Joe Williams
747-273-0799
brandon@williamsandwilliamslawfirm.com
PO Box 1962
Glendale, CA 91209
Attorney-in-fact for Plaintiff
BRANDON JOE WILLIAMS®

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BRANDON JOE WILLIAMS®, | No. 2:24-cv-09553-RGK-SK |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 58 FINAL JUDGEMENT** |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | Honorable R. Gary Klausner<br>United States District Judge |
| Defendant. | |

Comes now, BRANDON JOE WILLIAMS®, by and through agent Brandon Joe Williams, pursuant to Federal Rule of Civil Procedure 58.

It is hereby requested for a final judgment on this case, in accordance with F. Rule of Civ Pro 58, so that it can be taken to appeals.

**Local Rule 11-6.2 Certificate of Compliance:**

The undersigned counsel of record for BRANDON JOE WILLIAMS® certifies that this memorandum contains 171 words and is 1 page which complies with the word limit set by L.R. 11-6.1 and the page limit set by the Court's Standing Order [Dkt. 6]

Dated: March 09, 2025            Respectfully submitted,

BRANDON JOE WILLIAMS®
By: */s/ Brandon Joe Williams, agent*