FILED

JUL 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRANDON JOE WILLIAMS, | No. 25-1808 |
| Plaintiff - Appellant, | D.C. No. 2:24-cv-09553-RGK-SK Central District of California, Los Angeles |
| v. | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | ORDER |
| Defendant - Appellee. | |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The motion (Docket Entry No. 5) for summary disposition is granted. *See* 9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The district court's judgment is affirmed.

All other pending motions are denied as moot.

**AFFIRMED.**